**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GILBERT GONZALEZ GARCIA, | ) NO. EDCV 11-00076-AG (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| GEORGE NEOTTI, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: <u>July 31, 2012</u>

   ANDREW J. GUILFORD
   UNITED STATES DISTRICT JUDGE